UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER


UNITED STATES OF AMERICA            )
                                    )
                                    )
                                    )            Case No. 4:10-cr-38
v.                                  )            MATTICE / LEE
                                    )
                                    )
SAMUEL M. ASHBY, M.D.               )
                                    )


REPORT AND RECOMMENDATION


Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on November 3, 2010.

At the hearing, defendant waived his right to prosecution by indictment and consented to proceeding

on information rather than indictment, and entered a plea of guilty to Counts One, Two and Three

of the Bill of Information.  There is no plea agreement in this case.  I find defendant made a knowing

and voluntary waiver of indictment and consent to proceed before the magistrate judge.  On the basis

of the record made at the hearing, I find the defendant is fully capable and competent to enter an

informed plea; the plea is made knowingly and with full understanding of each of the rights waived

by defendant; the plea is made voluntarily and free from any force, threats, or promises; the

defendant understands the nature of the charge and penalties provided by law; and the plea has a

sufficient basis in fact.

Therefore, I **RECOMMEND** defendant's plea of guilty to Counts One, Two and Three of

the Bill of Information be accepted, and the Court adjudicate defendant guilty of the charges set

forth in Counts One, Two and Three of the Bill of Information.  Defendant has been released on

bond under appropriate conditions of release pending sentencing in this matter without objection.

Acceptance of the plea, adjudication of guilt,  and imposition of sentence are specifically reserved

for the district judge.


s/*Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE


<u>NOTICE TO PARTIES</u>

You have the right to <u>de novo</u> review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  Failure to file objections  within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter.  <u>See</u> 28 U.S.C. §636(b).